IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02574-WDM-BNB

SANDRA L. TOLLIVER, as personal representative of the Estate of Jennifer Sue Jones a/k/a Jennifer S. Jones,

Plaintiff,

v.

ROY B. TRUE, and
THE TRUE LAW FIRM, LLC,

Defendants.

_____

**ORDER**
_____

This matter is before me on the **Plaintiff's Motion for Order Compelling Tule 26(f) Conference or, In the Alternative, Motion for Enlargement of Time to Conduct Rule 26(f) Conference** [Doc. # 10, filed 1/25/2007] (the "Motion").  The Motion is GRANTED, and the parties should conduct their Rule 26(f) conference immediately in anticipation of the scheduling conference to be held on February 15, 2007, at 10:00 a.m.

By an order [Doc. #9] entered on January 10, 2007, I required the parties to conduct their Rule 26(f) conference on or before January 25, 2007.  I am informed by counsel for the plaintiff that defendant Roy B. True "preferred not to proceed with the Rule 26(f) conference because he has requested a stay of the litigation in his Motion to Compel Arbitration and Motion to Dismiss. . . .  Mr. True indicated that he is not refusing to participate but that he prefers not to do so until after the Court's ruling."  *Motion*, at ¶2.

The January 10 order is, as the caption indicates, an order of the court, not merely a suggestion. Absent a subsequent order countermanding its requirements, which has not issued, I expect compliance with the January 10 order, as with all of my orders.

IT IS ORDERED that the Motion is GRANTED. The parties shall conduct their Rule 26(f) conference immediately, in anticipation of the scheduling conference.

IT IS FURTHER ORDERED that the parties shall confer and submit a proposed scheduling order, with the input of all parties as required by Appendix F to the local rules of practice of this court, on or before **February 8, 2007**.

Dated January 26, 2007.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge