IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No. 06-cv-02574-WDM-BNB          Date: March 9, 2007
Courtroom Deputy: Geneva D. Mattei             FTR BNB COURTROOM A401

SANDRA L. TOLLIVER,                                    Watson Galleher
                                                       Shelley Don

                    Plaintiff,

v.

ROY B. TRUE,                                           Pro Se
and THE TRUE LAW FIRM, LLC,

                    Defendants.

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:        1:29 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:**   **Defendants' motion for a protective order staying the discovery under
            Federal rule of Civil Procedure 26(c) (2/7/07 #25) is granted in part and
            denied in part as stated on the record.**

**ORDERED:**   **A Scheduling Conference is set for August 1, 2007 at 1:30 p.m.
            A proposed scheduling order due on or before July 25, 2007.**

Court in Recess      1:58 p.m.       Hearing concluded.

Total time in court:      00:29