IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02574-WDM-BNB

SANDRA L. TOLLIVER, as personal representative of the Estate of Jennifer Sue Jones a/k/a Jennifer S. Jones,

Plaintiff,

v.

ROY B. TRUE, and
THE TRUE LAW FIRM, LLC,

Defendants.
_____

## ORDER
_____

This matter is before me on **Defendants' Motion to Stay Discovery** [Doc. # 25, filed 2/7/2007] (the "Motion to Stay"). I held a hearing on the Motion to Stay this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Stay is GRANTED IN PART and DENIED IN PART as stated on the record.

Dated March 9, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge