IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-02574-WDM-BNB | Date: June 20, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

SANDRA L. TOLLIVER,                                       Watson Galleher

        Plaintiff,

v.

ROY B. TRUE,                                                        Pro Se
and THE TRUE LAW FIRM, LLC,

        Defendants.

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:        1:32 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Plaintiff's motion to compel and request for sanctions(5/21/07 #74) is TAKEN UNDER ADVISEMENT.**

Court in Recess        2:37 p.m.        Hearing concluded.

Total time in court:        01:05