IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-02574-WDM-BNB

SANDRA L. TOLLIVER,

    Plaintiff,

v.

ROY B. TRUE, THE TRUE LAW FIRM,

    Defendants.

## NOTICE OF DISMISSAL

This matter is before the court on the Plaintiff's Motion For Dismissal with Prejudice and the Defendants' Response to Plaintiff's Motion for Dismissal with Prejudice stating they have no objection. Accordingly, this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on January 8, 2009.

                BY THE COURT:

                s/ Walker D. Miller
                United States District Judge